**Information to identify the case:**

Debtor: **Avalon Care Center – Chandler, L.L.C.**
Name

EIN **20–0212787**

United States Bankruptcy Court  **District of Utah**

Case number: **17–27825   JTM**

Date case filed for chapter **11: 9/7/17**

Official Form 309F (For Corporations or Partnerships) (12/15)
# Notice of Chapter 11 Bankruptcy Case

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Avalon Care Center – Chandler, L.L.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 206 N. 2100 W.<br>Salt Lake City, UT 84116 | |
| 4. | **Debtor's attorney**<br>Name and address | George B. Hofmann<br>Cohne Kinghorn PC<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111 | Contact phone (801) 363–4300<br><br>Email: ghofmann@cohnekinghorn.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**October 11, 2017 at 02:00 PM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111** |

Official Form 309F (For Corporations or Partnerships)   **Notice of Chapter 11 Bankruptcy Case**   page **1**
Date Generated: 9/14/17

For more information, see page 2 >

Debtor  **Avalon Care Center – Chandler, L.L.C.**                                                                                           Case number **17–27825**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:  1/9/18**<br><br>**For a governmental unit:  3/6/18**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**                                              page **2**

```
                         United States Bankruptcy Court
                                District of Utah
In re:                                                       Case No. 17-27825-JTM
Avalon Care Center - Chandler, L.L.C.                        Chapter 11
       Debtor                 CERTIFICATE OF NOTICE
District/off: 1088-2          User: fsl               Page 1 of 3          Date Rcvd: Sep 14, 2017
                              Form ID: 309F           Total Noticed: 145


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Avalon Care Center - Chandler, L.L.C.,    206 N. 2100 W.,    Salt Lake City, UT 84116-4740
aty            +Jeffrey L. Trousdale,    Cohne Kinghorn,    111 E. Broadway, 11th Floor,
                 Salt Lake City, UT 84111-5225
10764457       +Agnes Alicakos,    26230 S. Saddletree Dr.,    Chandler, AZ 85248-7274
10764458       +Alice V. Nelson,    P.O. Box 1782,    Sacaton, AZ 85147-0045
10764459      #+Alleen M. Woker,    350 S Alma School Rd Unit 215,    Chandler, AZ 85224-7638
10764460        Amalia Moyano,    101 S. Chicago St.,    Chandler, AZ 85225
10764461       +Ann E. Jones,    538 S. Kimberlee Way,    Chandler, AZ 85249
10764462       +Annette Corbett,    853 E. La Costa Pl.,    Chandler, AZ 85249-6948
10764463       +Anthony Marrietta,    P.O. Box 11249,    Bapchule, AZ 85121-0110
10764464       +Arthur W. Young, Sr.,    2053 E. Torrey Pines Pl.,    Chandler, AZ 85249-4826
10764465       +Audrey G. Sands,    2505 E. Williams Rd. Apt 1052,    Gilbert, AZ 85295-0792
10764466       +Audrey W. Folds,    26222 S. Saddletree Dr.,    Chandler, AZ 85248-7274
10764468       +Barbara M. Stebbing,    P.O. Box 1396,    Maricopa, AZ 85139-1359
10764469       +Barbara Roberts,    P.O. Box 1143,    Sacaton, AZ 85147-0031
10764470       +Barbara Windt,    9033 E Nacoma Dr,    Sun Lakes, AZ 85248-7470
10764473        Betty W. Finch,    907 W. Whitten St.,    Chandler, AZ 85225
10764474       +Beulah Smouse,    2114 E Watson Dr,    Tempe, AZ 85283-3346
10764475       +Bobby B. Barrett,    c/o Jeff Benne,    602 W. Mirage Loop,    Casa Grande, AZ 85122-6134
10764477       +Brian Jackson,    P.O. Box 11204,    Bapchule, AZ 85121-0110
10764478       +Carmen Lopez,    819 E. Cindy St.,    Chandler, AZ 85225-9417
10764479       +Carol J. Watt,    11838 S. Tonopah Dr.,    Phoenix, AZ 85044-2236
10764481      #+Carol S. Murdock,    107 E. Palmcroft Dr.,    Tempe, AZ 85282-2123
10764482       +Carolyn Y. Wilson,    c/o Eric Castillo-Wilson,    2433 E. Mead Dr.,    Gilbert, AZ 85298-2340
10764483       +Carolynn Barrett,    c/o Jeff Benne,    602 W. Mirage Loop,    Casa Grande, AZ 85122-6134
10764485       +Charles G. Murray,    633 W 1st Ave apt 114,    Mesa, AZ 85210-1275
10764486      #+Charles Klaes,    19498 E. Reins Rd.,    Queen Creek, AZ 85142-8612
10764487       +Charles S. Andes, II,    4475 E Knox Rd Apt 269,    Phoenix, AZ 85044-4415
10764488       +Christina Sekayumptewa,    746 E. Maryland Apt 3,    Phoenix, AZ 85014-1525
10764489      #+Cindy E. Hamm,    607 E. Palomino Dr.,    Gilbert, AZ 85296-2921
10764491       +Coraleen F. D'Angelo,    1283 W Parklane Blvd,    Chandler, AZ 85224-5216
10764492       +Cordell R. Lyons,    5915 E. St. Johns,    Phoenician ALF,    Scottsdale, AZ 85254-5962
10764493       +Cynthia D. Ausum,    663 E. Los Arboles Pl.,    Chandler, AZ 85225-1344
10764494       +Darlene Mendoza,    P.O. Box 693,    Sacaton, AZ 85147-0022
10764495       +Darren T. Moore,    1433 W. University Ave., Apt. 12,    Mesa, AZ 85201-5444
10764497       +Dolores D. Quindag,    4920 W. Harrison St.,    Chandler, AZ 85226-6048
10764498       +Dolores Frias,    3952 W Calle Primera,    Chandler, AZ 85226-3807
10764499       +Dolores Sudarich,    c/o Wilkes & McHugh, P.A.,    2355 E. Camelback Road, Suite 910,
                 Phoenix, AZ 85016-9065
10764500       +Donald E. Olander,    11620 S. Mohave St.,    Phoenix, AZ 85044-2110
10764501       +Donna Sweet,    26645 S. Howard Dr.,    Chandler, AZ 85248-7224
10764503       +Doris Landry,    1576 E. Cottonwood Ln.,    Casa Grande, AZ 85122-6035
10764504       +Dorothy E. Williams,    35 W. Brown Apt. Apt I 149,    Mesa, AZ 85201-3485
10764505       +Dorothy Stebbins,    1576 E. Cottonwood Ln.,    Casa Grande, AZ 85122-6035
10764506       +Edna C. Smith,    c/o Jeff Smith,    9709 E Villa Park St,    Sun Lakes, AZ 85248-7346
10764507       +Edward Peters,    P.O. Box 11052,    Bapchule, AZ 85121-0107
10764509       +Elias Goode,    P.O. Box 1324,    San Carlos, AZ 85550-1324
10764510       +Elizabeth Burns,    4748 W Foley St,    Chandler, AZ 85226-4638
10764511       +Erika Hickert,    19429 N. Sandalwood Dr.,    Maricopa, AZ 85138-3040
10764512       +Ernestine Blackwater,    P.O. Box 206,    Sacaton, AZ 85147-0004
10764514       +Evalina Burnett,    P.O. Box 2232,    Sacaton, AZ 85147-0063
10764515       +Fernando Corral,    344 N. Colorado,    Chandler, AZ 85225-4943
10764516       +Frank A. Morris,    46024 W. Tulip Ln.,    Maricopa, AZ 85139-6822
10764517       +Frank Oliver,    1360 W. Isabella Ave. Apt 2047,    Mesa, AZ 85202-9220
10764518      #+Frank R. Santilli,    3909 E. Shomi St.,    Phoenix, AZ 85044-3853
10764519       +Georgene R. Jackson,    14351 S. 51st Ave.,    Laveen, AZ 85339-3330
10764520       +Gerald C. Greiner,    663 S. Dodge St.,    Gilbert, AZ 85233-7207
10764521       +Gilda F. Pheuphong,    7433 E. Naranua Ave,    Mesa, AZ 85209-6265
10764522       +Harold D. Thomas,    c/o Denise Scott,    6830 S Butte Ave,    Tempe, AZ 85283-4150
10764523       +Herbert Dyksta,    2576 E. Strawberry Dr.,    Gilbert, AZ 85298-8464
10764524       +Hosni N. Louieh,    c/o Nouri Alzy,    15001 S. 8th St.,    Phoenix, AZ 85048-6348
10764525       +Ines A. Deleon,    1650 S. Arizona Ave. Lot 353,    Chandler, AZ 85286-7117
10764526       +James D. Harryman,    2190 W. Penisula Cir,    Chandler, AZ 85248-3527
10764527       +James W. Jonagan,    135 E Smoke Tree Rd,    Gilbert, AZ 85296-2250
10764528       +Jane A. Scheid,    1418 Counrty Club Dr. Apt 125,    Mesa, AZ 85201-2577
10764529       +Jane Wargo,    9102 E Olive Ln S,    Sun Lakes, AZ 85248-6929
10764530       +Jean B. Kunselman,    3115 E Bighorn Ave,    Phoenix, AZ 85048-8762
10764531       +Jeffery Hicks,    1610 Flint St.,    Chandler, AZ 85225-5232
10764532       +Jeffery W. Forgery,    31895 N Cheyenne Cir,    San Tan Valley, AZ 85143-3200
10764534       +Joan D. Lambing,    6411 W. Monterosa St.,    Phoenix, AZ 85033-3336
10764535       +Joann C. Peterson,    1452 N. Bel Air Dr.,    Mesa, AZ 85201-2504
10764537       +John L. Thompson,    1601 W. Missouri Ave. Apt 19,    Phoenix, AZ 85015-2611
10764538       +Jose A. Trujillo,    137 N. Ithica Pl.,    Chandler, AZ 85225-5628
10764539       +Joseph A. Kennedy,    4830 E. Olney Dr.,    Phoenix, AZ 85044-1216
```

```
District/off: 1088-2           User: fsl                   Page 2 of 3                   Date Rcvd: Sep 14, 2017
                               Form ID: 309F               Total Noticed: 145

10764540       +Joseph P. Lindenmayer,    612 Adams St.,    Benson, AZ 85602-6029
10764541       +Joshua Tomlin,    918 E. White Wing Dr.,    Casa Grande, AZ 85122-1223
10764542       +Juan Rojas Carlos,    701 S. Dobson Rd. Lot 453,    Mesa, AZ 85202-2732
10764543       +Judith A. Gricol,    49 S. Martin Dr.,    Gilbert, AZ 85296-1536
10764545       +Kantilal Shah,    1012 W. Wildhorse Dr.,    Chandler, AZ 85286-6398
10764546       +Kelly A. Mihlbauer,    1155 N. Sunnyslope Dr.,    Racine, WI 53406-6313
10764547       +Kenneth C. Bagley,    10938 E. Navajo Dr.,    Chandler, AZ 85248-9216
10764548       +Kenneth W. Done,    19864 Via De Arboles,    Queen Creek, AZ 85142-5026
10764549        Kimberly Jaekel,    821 E. Curry Dr.,    Chandler, AZ 85225
10764550       +Kuk S. Lim,    127 N Kingston St. Apt 29,    Chandler, AZ 85225-5685
10764551       +Laila Morcos,    c/o Samir Naguib,    720 S. Colorado Blvd., Suite 460-S,    Denver, CO 80246-1940
10764552       +Larry J. Mims,    42553 W Centennial Ct.,    Maricopa, AZ 85138-4367
10764553       +Laura G. Melton,    97 N. Cooper Rd. Unit 96,    Chandler, AZ 85225-5871
10764554       +Laura Lagura,    5725 E. Calle Mesquite,    Tempe, AZ 85283-1664
10764556        Leona M. Benson,    9105 N. Olive Ln.,    Chandler, AZ 85248
10764557        Leonio F. Valenzuela,    5735 E. Calle Igelsia,    Guadalupe, AZ 85283-2604
10764558       +Linda Gleason,    3312 E. Warbler Rd.,    Gilbert, AZ 85297-8226
10764559       +Linda Johns,    2060 W. Butler Dr.,    Chandler, AZ 85224-6122
10764560       +Linda R. Tompai,    c/o Melissa Tompai,    404 W Elgin St,    Chandler, AZ 85225-7816
10764562       +Lois Rosenfelt,    c/o Noah Badillo,    728 N. Dean St,    Chandler, AZ 85226-1871
10764563       +Luis R. Rojas Briseno,    2222 S. Dobson Rd. #1117,    Chandler, AZ 85286-7386
10764565       +Mardelle R. Shager,    P.O. Box 2675,    Arizona City, AZ 85123-1060
10764566       +Margaret E. McCleary,    3875 W Whitten St,    Chandler, AZ 85226-4959
10764568       +Maria H. Montenegro,    1620 W. Stottler Dr.,    Chandler, AZ 85224-2663
10764569       +Marie Territo,    4623 W. Whitten St.,    Chandler, AZ 85226-4651
10764570       +Marion E. Clark,    1100 N. Priest Dr., Apt. 1101,    Chandler, AZ 85226-1014
10764571       +Marlene G. Fishkel,    1559 E. Spyglass Dr.,    Chandler, AZ 85249-4356
10764572       +Marlene McCann,    c/o Wilkes & McHugh, P.A.,    2355 E. Camelback Rd., Suite 910,
                 Phoenix, AZ 85016-9065
10764573       +Martha Brown,    43369 W Oster Dr,    Maricopa, AZ 85138-8970
10764574       +Martha L. Rudolph,    1114 E. Lodgepole Dr.,    Gilbert, AZ 85298-7314
10764575       +Martha M. Cooper,    599 1/2 N. Washington St.,    Chandler, AZ 85225-5071
10764576       +Martin Karkula,    670 W. Carla Vista Dr.,    Chandler, AZ 85225-6930
10764578       +Mary Jo Mothershed-Holzum,    4010 Park Lane,    Granite City, IL 62040-4233
10764579       +Matthew Bacon,    14625 S Mountain Pkwy Apt 1009,    Phoenix, AZ 85044-7143
10764580       +Melanie M. Johns,    Rt 1 Box 87 G,    Coolidge, AZ 85128-9632
10764581       +Melissa A. Norstrom,    1914 E Hawken Place,    Chandler, AZ 85286-1100
10764582       +Michael F. McNally,    1020 E. McKinley St.,    Phoenix, AZ 85006-3244
10764583       +Michael Hendrix,    RR 1 Box 91 M,    Coolidge, AZ 85128-9668
10764584       +Michael J. Armstrong,    1325 E. Redfield Rd.,    Gilbert, AZ 85234-4873
10764585       +Michael Ledoux,    24618 S Drifter Dr,    Sun Lakes, AZ 85248-7770
10764586        Michiko Motobo,    325 S. Dobson Rd. Apt 1064,    Chandler, AZ 85224
10764587       +MidCap Financial Services, LLC,    7255 Woodmont Ave., Suite 200,    Bethesda, MD 20814-7904
10764588       +Mildred M. Latter,    c/o James L. Latter,    1581 W. Winchester Way,    Chandler, AZ 85286-0967
10764589       +Monica Loske,    25242 S. Drifter Dr.,    Sun Lakes, AZ 85248-8814
10764590       +Naliniben P. Patel,    672 W. Wildhorse Dr.,    Chandler, AZ 85286-7645
10764593       +Oran R. Wallace,    19049 N. San Pablo,    Maricopa, AZ 85138-2042
10764594       +Pamela Brown,    2440 S. Mill Ave., Apt C146,    Tempe, AZ 85282-2163
10764595       +Patricia Chacon,    4411 E. Chandler Blvd.,    Phoenix, AZ 85048-7657
10764596       +Patrick Schroeder,    753 E. Geronimo,    Chandler, AZ 85225-6495
10764597       +Paul F. Gilletti,    3206 N. Santa Ana,    Chandler, AZ 85224-1216
10764599       +Ramilaben Gandhi,    2631 E. Yellowstone Pl.,    Chandler, AZ 85249-3285
10764600       +Randy L. Smith,    510 N. Pepperwood Ct.,    Chandler, AZ 85226-4043
10764602       +Rene Katchka,    2121 W. Elgin Street,    Chandler, AZ 85224-5608
10764604       +Robert Olbricht,    1069 S. Western Skies Dr.,    Gilbert, AZ 85296-3710
10764605       +Rodney Stoik,    1051 S. Dobson Rd. Apt 2,    Mesa, AZ 85202-3904
10764606       +Ronnie A. Freeman,    1092 W. Orchid Lane,    Chandler, AZ 85224-8681
10764607       +Rosalind E. Goldberg,    4329 E. Kachina Trl.,    Phoenix, AZ 85044-5584
10764608       +Rosemarie White Fino,    P.O. Box 11126,    Sacaton, AZ 85121-0108
10764609       +Rozella Palmer,    12516 N. Tabletop Rd.,    Maricopa, AZ 85139-3240
10764610       +Sandor L. Katona,    2100 W. Lemon Tree Pl. Lot 20,    Chandler, AZ 85224-2513
10764611       +Sandra L. Sarabia,    2148 W. 1st St.,    Mesa, AZ 85201-6004
10764612       +Shane F. Jordan,    2850 E. Baseline Rd. Apt 8,    Mesa, AZ 85204-7278
10764613       +Shelby L. Roberson,    1402 E. La Mirada Dr.,    Phoenix, AZ 85042-8403
10764614       +Sina R. Payne,    18676 E Druids Glen Rd,    Queen Creek, AZ 85142-6458
10764615       +Sun J. Choi,    c/o James Choi,    1297 E. Poston St.,    Gilbert, AZ 85295-7147
10764616       +Susan Peoples,    1273 W Roosevelt Ave,    Coolidge, AZ 85128-9013
10764618       +Teresa Vavages,    P.O. Box 393,    Maricopa, AZ 85139-0180
10764621      #+Timothy D. Woolford,    239 W. Iowa St.,    Holbrook, AZ 86025-2558
10764622       +Umerto G. Haro,    242 N. Robson,    Mesa, AZ 85201-6611
10764624       +Vernon Miles,    P.O. Box 11051,    Bapchule, AZ 85121-0107
10764625       +Virginia I. Yerebeck,    4340 E. Marshall Ave.,    Gilbert, AZ 85297-6648
10764626       +Walter L. Garland,    654 E. Ranch Rd. #14,    San Tan Valley, AZ 85140-9605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ghofmann@cohnekinghorn.com Sep 15 2017 03:16:38      George B. Hofmann,
                 Cohne Kinghorn PC,    111 East Broadway,    11th Floor,    Salt Lake City, UT  84111
                                                                                             TOTAL: 1
```

```
District/off: 1088-2         User: fsl                Page 3 of 3              Date Rcvd: Sep 14, 2017
                             Form ID: 309F            Total Noticed: 145
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
10764467    ##+Barbara J. Leonard,    272 S. Cypress Court,    Chandler, AZ 85226-4412
10764471    ##+Betty J. Campbell,    4231 E. Zia St.,    Phoenix, AZ 85044-1934
10764472    ##+Betty Lou Fish,    1601 W. Queen Creek Rd Apt 123,    Chandler, AZ 85248-0900
10764476    ##+Bonnie Watson,    3301 S Goldfield Rd 1035,    Apache Junction, AZ 85119-4508
10764480    ##+Carol J. Wisdom,    2008 W Rockwell Dr,    Chandler, AZ 85224-8354
10764484    ##+Cathy J. Meyers,    1653 S Ash Dr.,    Chandler, AZ 85286-6812
10764490    ##+Connie S. Thompson,    36707 W. Indian School Rd.,    Tonopah, AZ 85354-7927
10764496    ##+David L. Teegardin,    130 W. Guadalupe Rd. Apt 2000,    Gilbert, AZ 85233-3342
10764502    ##+Donna Williams,    600 S. Dobson Rd. Apt 137,    Mesa, AZ 85202-1820
10764508    ##+Eli R. Goldberg,    3716 E Gleneagle Pl,    Chandler, AZ 85249-9195
10764513    ##+Eugene W. Glosch,    30783 N. Karen Ave.,    San Tan Valley, AZ 85143-3357
10764533    ##+Jeremy Collins,    2529 E. Fairmont Dr.,    Tempe, AZ 85282-4143
10764536    ##+Joann Staley,    7006 E. 5th St.,    Tucson, AZ 85710-2221
10764544    ##+Justin Clashin,    P.O. Box 1615,    Sacaton, AZ 85147-0041
10764555    ##+Laverne G. Melton,    97 N. Cooper Rd., Unit 96,    Chandler, AZ 85225-5871
10764561    ##+Lois A. Potts,    2326 N. Evergreen St.,    Chandler, AZ 85225-3426
10764564    ##+Maggie C. Chase,    637 E. Flint,    Chandler, AZ 85225-4728
10764567    ##+Margarita T. Lopez,    4209 E. Redwood Ln,    Phoenix, AZ 85048-7026
10764577    ##+Mary Debouver,    941 W. Farmdale Ave.,    Mesa, AZ 85210-3423
10764591    ##+Nicholas E. Jasken,    2141 N. Evergreen St. Apt 1040,    Chandler, AZ 85225-2905
10764592    ##+Norma McConnell,    1055 W. Baseline #1073,    Mesa, AZ 85210-9505
10764598    ##+Ralph M. Kirsch,    9508 E. Riggs Rd Unit C125,    Sun Lakes, AZ 85248-7563
10764601    ##+Raquel V. Banda,    726 W. 2nd Ave.,    Mesa, AZ 85210-1206
10764603    ##+Robert A. Harding,    187 N. Starboard Dr.,    Gilbert, AZ 85234-6091
10764617    ##+Tedine K. Kisto,    P.O. Box 2106,    Sacaton, AZ 85147-0054
10764619    ##+Terry N. Massaro,    1415 Augusta Ave.,    Chandler, AZ 85249-4227
10764620    ##+Thomas Vetterl,    2977 E Vermont Dr.,    Gilbert, AZ 85295-1463
10764623    ##+Vera L. Stewart Lutz,    999 S. Sabino Dr.,    Gilbert, AZ 85296-2882
10764627    ##+William Williams,    c/o Jenna Williams,    5120 E. Hampton Ave., #1075,    Mesa, AZ 85206-6794
                                                                         TOTALS: 0, * 0, ## 29
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
```
              George B. Hofmann    on behalf of Debtor    Avalon Care Center - Chandler, L.L.C.
               ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
              Jeffrey L. Trousdale    on behalf of Debtor    Avalon Care Center - Chandler, L.L.C.
               jtrousdale@cohnekinghorn.com, nlakey@cohnekinghorn.com
              John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                          TOTAL: 4
```